# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| TIMOTHY T. JOHNSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| BRUNSWICK POLICE DEPARTMENT, STACEY YOUNG, and DETECTIVE SASSER, | : | |
| Defendants. | : | NO. CV209-74 |

### O R D E R

On August 10, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting that Plaintiff's claim be dismissed. Presently before the Court are Johnson's objections to the report and recommendation. After an independent review of Johnson's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court. Plaintiff's objections are **OVERRULED**. Dkt. No. 15. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this  1st  day of September, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)